E-filing

ORIGINAL

FILED

MAY - 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California 94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

ADR

11                                    C10-01918 CW

12  AUTODESK, INC., a Delaware       CASE NO.
    corporation,
13                                    **COMPLAINT FOR DAMAGES AND
                Plaintiff,            INJUNCTIVE RELIEF**
14
          v.                          1. Copyright Infringement;
15                                     2. Circumvention of Copyright Protection
    ADVANTEC CONSULTING                  Measures
16  ENGINEERS, INC., a California
    corporation,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

-1-

Plaintiff Autodesk, Inc. ("Autodesk") states and alleges as follows for its complaint against defendant ADVANTEC Consulting Engineers, Inc. ("Defendant").

## JURISDICTION AND VENUE

### Parties

1.      Autodesk is a Delaware corporation with its principal place of business in San Rafael, California.

2.      Autodesk is informed and believes and thereon alleges that Defendant is a California corporation with its principal place of business in Diamond Bar, California.

### Jurisdiction

3.      This case is a civil action arising under the copyright laws of the United States, 17 U.S.C. § 101, *et seq.* (the "Copyright Act"). This Court has subject matter jurisdiction over Autodesk's claims pursuant to 17 U.S.C. § 501, *et seq.* (copyright), 28 U.S.C. § 1331 (federal subject matter jurisdiction), and 28 U.S.C. § 1338(a) (copyright actions).

4.      Autodesk is informed and believes and thereon alleges that Defendant knew, or reasonably should have known, that Autodesk: (a) is located in California, and that Defendant directed and aimed its unauthorized activities at Autodesk, which is located in the Northern District of California; and (b) would likely suffer the brunt of the harm caused by Defendant in California at Autodesk's principal place of business. Defendant's activities complained of herein caused Autodesk to bear the brunt of the harm in California at its principal place of business in San Rafael, California within this District.

### Venue

5.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), and (c) and 1400(a).

### Intradistrict Assignment

6.      Because this matter is an Intellectual Property Action, there is no basis for assignment to a particular location or division of the Court pursuant to Civil L.R. 3-2(c).

///

///

## GENERAL ALLEGATIONS

### Introduction

7.      Autodesk is in the business of, and has made and continues to make substantial investments of time, effort, and expense in, designing, developing, testing, manufacturing, publishing, marketing, distributing, and licensing a wide variety of software products recorded on various media, including without limitation optical disks, for use on computers.

8.      In connection with Autodesk's software products, Autodesk owns copyrights that are the subject of registrations with the United States Copyright Office.

9.      Widespread use of illegal copies of Autodesk's software products (commonly known as software piracy) has caused and continues to cause significant harm to Autodesk and undermines Autodesk's investments in its products.

10.      Autodesk brings this action as a result of Defendant's unauthorized reproduction and use of certain of Autodesk's software products and Defendant's unauthorized circumvention of technological measures incorporated into Autodesk's software products that effectively control access to those products.  Defendant's actions and omissions complained of herein were and continue to be undertaken willfully, intentionally, and maliciously and have caused and continue to cause substantial damage to Autodesk.

11.      Autodesk respectfully requests that the Court enter an injunction against Defendant and award Autodesk damages, costs, and attorney's fees as allowed by statute.

### Autodesk's Software Products and Copyrights

12.      Autodesk's software products include computer aided design and other design programs, such as AutoCAD® 2006 software, AutoCAD® 2008 software, AutoCAD® 2009 software, AutoCAD® Civil 3D® 2008 software, AutoCAD® Civil 3D® 2009 software, and AutoCAD® Map 3D 2008 software.  These products along with their reference materials are hereinafter collectively referred to as the "Autodesk Products."

13.      The Autodesk Products contain a large amount of material that is wholly original with Autodesk and is copyrightable subject matter under the laws of the United States.  At all times herein relevant, Autodesk complied in all respects with the Copyright Act and secured the

-3-

1  exclusive rights and privileges in and to the copyrights in the Autodesk Products (collectively the

2  "Autodesk Copyrights").

3      14.    Each of the Autodesk Products is an original work, copyrightable under the

4  Copyright Act, and has been timely registered in full compliance with the Copyright Act.

5  Autodesk has received a Certificate of Registration from the Register of Copyrights for each of

6  the Autodesk Products, copies of which are attached as Exhibit A hereto and incorporated herein

7  by reference.

8      15.    Since the registration of the Autodesk Copyrights, the Autodesk Products have

9  been published and distributed by Autodesk or under its authority in compliance with the

10  provisions of the Copyright Act.  Autodesk has thus fully maintained the validity of the

11  copyrights in the Autodesk Products.

12      16.    Autodesk has never authorized Defendant to copy or reproduce the Autodesk

13  Products in violation of any applicable end-user license agreement or circumvent the

14  technological measures in the Autodesk Products that effectively control access thereto.

15  <center>**The Business and Infringing Activities of Defendant**</center>

16      17.    Autodesk is informed and believes and thereon alleges that Defendant is an

17  engineering firm that specializes in the planning, design and implementation of intelligent

18  transportation systems and advanced technology solutions.  Autodesk is informed and believes

19  and thereon alleges that in conducting its business Defendant has engaged in the unauthorized

20  reproduction of certain of the Autodesk Products onto computers located at its premises and that

21  Defendant uses copies of the Autodesk Products.

22      18.    Autodesk is informed and believes and thereon alleges that Defendant has

23  purchased at least one license for Autodesk's AutoCAD® Map 3D 2008 software.

24      19.    Autodesk is informed and believes and thereon alleges that, without Autodesk's

25  authorization, Defendant has:  (a) copied and reproduced certain of the Autodesk Products; and

26  (b) circumvented technological measures that effectively control access to the Autodesk Products

27  (collectively, the "Access Control Technology").

28  ///

-4-
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF      CASE NO.

20. Autodesk is informed and believes and thereon alleges that Defendant has willfully, intentionally, and maliciously engaged in the acts and omissions complained of herein without regard to Autodesk's proprietary rights.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement)

21. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 20 above as though fully set forth.

22. Defendant's acts and omissions constitute willful, intentional, and malicious infringement of the Autodesk Copyrights in violation of the Copyright Act, 17 U.S.C. § 501.

23. Defendant's willful, intentional, and malicious copyright infringement has caused, and will continue to cause, Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the Autodesk Products and the Autodesk Copyrights and has and will continue to cause Autodesk to lose profits in an amount not yet ascertained.

24. Defendant's copyright infringement, and the threat of continuing infringement by Defendant, has caused and will continue to cause Autodesk to suffer repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Defendant's continuing acts and omissions complained of herein and a multiplicity of judicial proceedings would be required. Autodesk's remedy at law is not adequate to compensate Autodesk for the injuries already inflicted and further threatened by Defendant. Therefore, Autodesk respectfully requests as prayed for below that Defendant be restrained and enjoined as authorized by the Copyright Act.

WHEREFORE, Autodesk seeks relief as set forth below.

## SECOND CLAIM FOR RELIEF

### (Circumvention of Copyright Protection Measures)

25. Autodesk re-alleges and incorporates herein by this reference each of the allegations contained in Paragraphs 1 through 24 above as though fully set forth.

26. The Autodesk Products contain Access Control Technology.

///

27.     Autodesk is informed and believes and thereon alleges that, without Autodesk's authorization, Defendant willfully, intentionally, and maliciously circumvented the Access Control Technology in violation of 17 U.S.C. § 1201(a).

28.     Defendant's willful, intentional, and malicious circumvention of the Access Control Technology has caused and will continue to cause Autodesk to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the Autodesk Products and the Autodesk Copyrights and has and will continue to cause Autodesk to lose profits in an amount not yet ascertained.

29.     Defendant's circumvention of the Access Control Technology, and the threat of continuing circumvention, has and will continue to cause Autodesk to suffer repeated and irreparable injury.  It would be difficult to ascertain the amount of money damages that would afford Autodesk adequate relief at law for Defendant's continuing acts and omissions complained of herein and a multiplicity of judicial proceedings would be required.  Autodesk's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by Defendant.  Therefore, Autodesk respectfully requests as prayed for below that Defendant be restrained and enjoined as authorized by the Copyright Act and any device or product in Defendant's possession, custody, or control that enabled or was involved in the circumvention should be impounded pursuant to 17 U.S.C. § 1203(b).

## PRAYER FOR RELIEF

WHEREFORE, Autodesk seeks relief as follows:

1.     That, upon motion, the Court issue a preliminary injunction enjoining and restraining Defendant and its agents, servants, employees, successors and assigns, and all other persons acting in concert or conspiracy with Defendant or affiliated with Defendant, from:

(a)     Copying, reproducing, distributing, or using any unauthorized copies of Autodesk's copyrighted software products;

(b)     Otherwise infringing any of Autodesk's copyrights;

(c)     Circumventing any technological measure that effectively controls access to any of Autodesk's software products;

-6-

1        (d)    Destroying, or otherwise disposing of, or altering any copies of software or

2  other products, materials, technologies, services, devices, components, documents, or

3  electronically stored data or files that relate or pertain in any way to the:

4        (i)    Copying, reproduction, distribution or use of any of Autodesk's

5  software products;

6        (ii)    Circumvention of any technological measure that effectively

7  controls access to any of Autodesk's software products; or

8        (iii)    Infringement of any of Autodesk's copyrights.

9     2.    That the Court issue a permanent injunction making permanent the orders

10  requested in paragraphs 1(a) through (c) of this Prayer for Relief;

11     3.    That, upon motion, the Court issue a preliminary injunction impounding any

12  device or product in Defendant's possession, custody, or control that has been involved in or is

13  connected to Defendant's circumvention of any technological measure that effectively controls

14  access to any of Autodesk's software products;

15     4.    That Autodesk be awarded for Defendant's willful, intentional, and malicious

16  copyright infringement either: (a) actual damages in an amount to be determined at trial, together

17  with the profits derived from Defendant's infringement of Autodesk's copyrighted software

18  products; or (b) statutory damages for each act of infringement in an amount provided by law, as

19  set forth in 17 U.S.C. § 504, at Autodesk's election before the entry of a final judgment;

20     5.    That Autodesk be awarded for Defendant's willful, intentional, and malicious

21  circumvention of technological copyright protection measures either: (a) actual damages in an

22  amount to be determined at trial, together with the profits derived from Defendant's

23  circumvention; or (b) statutory damages for each violation in an amount provided by law, as set

24  forth in 17 U.S.C. § 1203(c), at Autodesk's election before the entry of a final judgment;

25     6.    That the Court issue an order upon entry of judgment in this action requiring

26  Defendant to destroy any and all infringing copies in Defendant's possession, custody, or control

27  of Autodesk's software products, as set forth by the Copyright Act, 17 U.S.C. § 503(b);

28  ///

1       7.     That the Court issue an order upon judgment requiring Defendant to destroy any

2  device or product involved in Defendant's circumvention of any technological measure that

3  effectively controls access to any of Autodesk's software products, as set forth by the Copyright

4  Act, 17 U.S.C. § 1203(b)(6);

5       8.     That the Court issue an order requiring Defendant to serve on Autodesk within

6  thirty (30) days after service of an injunction a report, in writing, under oath, setting forth in detail

7  the manner and form in which Defendant has complied with the injunction;

8       9.     That the Court award Autodesk its reasonable attorney's fees pursuant to 17

9  U.S.C. §§ 505 and 1203(b);

10      10.    That the Court award Autodesk its costs of suit incurred herein; and

11      11.    That the Court grant such other and further relief as it deems just and proper.

12  Dated: May 4, 2010          DONAHUE GALLAGHER WOODS LLP

14                By: _____

15                    Julie E. Hofer
                       Attorneys for Plaintiff

16                       AUTODESK, INC.

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Literary Work

**TX 6–125–535**

EFFECTIVE DATE OF REGISTRATION

| 4 | 14 | 2005 |
|---|---|---|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**

AutoCAD 2006 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Autodesk, Inc

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U S A

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and User's Guide

Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◄Year► in all cases
2005

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ March    Day ▶ 15    Year ▶ 2005
United States of America     ◄ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk Inc
111 McInnis Parkway
San Rafael CA 94903

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
APR 1 4 2005

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 1 4 2005

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 11) on the reverse side of this page
See detailed instructions   Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A

| EXAMINED BY   ~slm~ | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

TX 5-958-414

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes"  why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is "Yes"  give  **Previous Registration Number** ▼     **Year of Registration** ▼
TX 5-958-414                                                              2004

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼
AutoCAD 2005 and User's Guide, miscellaneous licensed software

b **Material Added to This Work**  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼
New and revised software code and User's Guide

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols)  or (2) phonorecords embodying a fixation of a reading of that work  or (3) both

a ☐ Copies and Phonorecords                b ☐ Copies Only                c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
**Name** ▼                                                    **Account Number** ▼
Donahue Gallagher Woods LLP                                   DA081221

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼
Jonathan N  Osder, Esq
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941
Area Code and Telephone Number ▶ (415) 381-4161

**9**

Be sure to
give your
daytime phone
number

**CERTIFICATION\***  I  the undersigned  hereby certify that I am the
                                                    Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Autodesk  Inc
                        Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼  If this application gives a date of publication in space 3  do not sign and submit it before that date
Jonathan N  Osder                                              Date ▶ 11 April 2005

Handwritten signature (X) ▼
~Jona M Osd~

**10**

| MAIL<br>CERTIFI-<br>CATE TO | **Name** ▼<br>Jonathan N  Osder  Esq      DONAHUE GALLAGHER WOODS LLP | YOU MUST<br>Complete all necessary spaces<br>Sign your application in space 10 |
|---|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope | **Number/Street/Apt** ▼<br>591 Redwood Highway, Suite 1200<br><br>**City/State/ZIP** ▼<br>Mill Valley, CA  94941 | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE<br>1 Application form<br>2 Nonrefundable $20 filing fee<br>in check or money order<br>payable to Register of Copyrights<br>3 Deposit material<br>MAIL TO<br>Register of Copyrights<br>Library of Congress<br>Washington  D C  20559-6000 |

**11**

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

May 1995—300 000                                                                      ☆ U S  COPYRIGHT OFFICE WWW FORM 1995

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-576-172**

EFFECTIVE DATE OF REGISTRATION

MAY 18 2007
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▼**
AutoCAD 2008 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared  **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**
**a NAME OF AUTHOR ▼**
Autodesk, Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NOTE**
Under the law the author of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
New and revised software code and user's guide

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes  ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2007 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published
Month ▶ March  Day ▶ 23  Year ▶ 2007
United States of America ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Autodesk, Inc
111 McInnis Parkway
San Rafael CA 94903

**TRANSFER** If the claimant(s) named in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

APPLICATION RECEIVED
MAY 16 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 16 2007
FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

EXHIBIT A

EXAMINED BY ___ 

FORM TX

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TX 6-363-178        Year of Registration ▶ 2006

**6**

a

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

AutoCAD 2007 and User's Guide, miscellaneous licensed software

See instructions
before completing
this space

b

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

New and revised software code and user's guide

**7**

a

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼        Account Number ▼

Donahue Gallagher Woods LLP        DA081221

b

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name / Address / Apt / City / State / Zip ▼

Jonathan N Oeder, Esq
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area code and daytime telephone number ▶ 415-381-4161        Fax number ▶ 415-381-7515

Email ▶ jon@donahue com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Autodesk, Inc.

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Jonathan N Oeder        Date ▶ May 15, 2007

Handwritten signature ▼

**9**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Jonathan N Oeder, Esq        DONAHUE GALLAGHER WOODS LLP

Number/Street/Apt ▼
591 Redwood Highway, Suite 1200

City/State/Zip ▼
Mill Valley, CA 94941

Complete all necessary spaces
Sign your application in space 8

Application form
2 Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

17 USC §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application shall be fined not more than $2,500

Form TX—Full   Rev 11/2008   Print 11/2008—30 000   Printed on recycled paper        US Government Printing Office 2008-xx-xxx/60 xxx

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-861-815

**Effective date of
registration:**

June 2, 2008

## Title

**Title of Work:** AutoCAD 2009 and User Assistance Cue Cards

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 25, 2008       **Nation of 1st Publication:** United States

## Author

■ **Author:** Autodesk, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Autodesk, Inc.

111 McInnis Parkway, San Rafael, CA, 94903, United States

## Limitation of copyright claim

**Material excluded from this claim:** Miscellaneous licensed software.

**Previous registration and year:** TX 6 576 172       2007

**New material included in claim:** New and revised software code and user assistance cue cards.

## Rights and Permissions

**Organization Name:** Donahue Gallagher Woods LLP

**Name:** Jonathan N. Osder

**Email:** jon@donahue.com                              **Telephone:** 415381-416-1223

**Address:** 591 Redwood Highway

Suite 1200

Mill Valley, CA 94941  United States

## Certification

**Name:**   Jonathan N. Osder

**Date:**   June 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-646-617**

EFFECTIVE DATE OF REGISTRATION

JUNE 7, 2007

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
AutoCAD Civil 3D 2008

**PREVIOUS OR ALTERNATIVE TITLES ▼**
AutoCAD Civil 3D 2008 with AutoCAD Civil 3D Land Desktop Companion 2008

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Autodesk, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☑ No
Pseudonymous?    ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ April    Day ▶ 16    Year ▶ 2007
United States of America ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED JUN 07 2007
ONE DEPOSIT RECEIVED JUN 07 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXHIBIT A

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 6-380-596     Year of Registration ▶ 2006

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  **6**

Autodesk Civil 3D 2007; miscellaneous licensed software.

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

New and revised software code.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**a**  **7**

Donahue Gallagher Woods LLP                 DA081221

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name / Address / Apt / City / State / Zip ▼

**b**

Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA  94941

Area code and daytime telephone number ▶ 415-381-4161        Fax number ▶ 415-381-7515
Email ▶ jon@donahue.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                         Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Autodesk, Inc.

**8**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan N. Osder                                                    Date ▶ June 7, 2007

Handwritten signature ▼

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Jonathan N. Osder, Esq.     DONAHUE GALLAGHER WOODS LLP |
|---|---|
| | Number/Street/Apt ▼<br>591 Redwood Highway, Suite 1200 |
| | City/State/Zip ▼<br>Mill Valley, CA  94941 |

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full   Rev: 11/2006   Print: 11/2006 — 30,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/60,xxx

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# TX 6-887-553

**Effective date of registration:**

July 1, 2008

## Title

**Title of Work:** AutoCAD Civil 3D 2009

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** April 15, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Autodesk, Inc.

**Author Created:** computer program

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Autodesk, Inc.

111 McInnis Parkway, San Rafael, CA, 94903, United States

## Limitation of copyright claim

**Material excluded from this claim:** Miscellaneous licensed software.

**Previous registration and year:** PENDING          PENDING

TX 6380596          2006

**New material included in claim:** New and revised software code.

## Rights and Permissions

**Organization Name:** Donahue Gallagher Woods LLP

**Name:** Jonathan N. Osder

**Email:** jon@donahue.com          **Telephone:** 415-381-4161

**Address:** 591 Redwood Highway, Suite 1200

Mill Valley, CA 94941  United States

EXHIBIT A

**Certification**

**Name:**   Jonathan N. Osder

**Date:**   July 1, 2008

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-586-419

EFFECTIVE DATE OF REGISTRATION

JUL 21 2007
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
AutoCAD Map 3D 2008 and User's Guide

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a** NAME OF AUTHOR ▼
Autodesk, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
New and revised software code and user's guide.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given   2007 ◀ Year   in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month ▶ April   Day ▶ 12   Year ▶ 2007
United States of America   ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Autodesk, Inc.
111 McInnis Parkway
San Rafael, CA 94903

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 21 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 21 2007

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXHIBIT A

| EXAMINED BY  HM | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX 6-447-048    **Year of Registration** ▶ 2007

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Autodesk Map 3D 2007; miscellaneous licensed software.

**a**

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New and revised software code and user's guide.

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                     **Account Number** ▼

Donahue Gallagher Woods LLP                    DA081221

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Jonathan N. Osder, Esq.
DONAHUE GALLAGHER WOODS LLP
591 Redwood Highway, Suite 1200, Mill Valley, CA 94941

Area code and daytime telephone number ▶ 415-381-4161          Fax number ▶ 415-381-7515

Email ▶ jon@donahue.com

**b**

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __Autodesk, Inc.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jonathan N. Osder                                    Date ▶ June 20, 2007

Handwritten signature ▼

*[signature]*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Jonathan N. Osder, Esq.    DONAHUE GALLAGHER WOODS LLP |
|---|---|
| | Number/Street/Apt ▼<br>591 Redwood Highway, Suite 1200 |
| | City/State/Zip ▼<br>Mill Valley, CA 94941 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full  Rev: 11/2006  Print: 11/2006 —30,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

EXHIBIT A