| | |
|---|---|
| 1 | ERIC DONEY, #76260 |
|   | eric@donahue.com |
| 2 | JULIE E. HOFER, #152185 |
|   | julie@donahue.com |
| 3 | ANDREW S. MACKAY, #197074 |
|   | andrew@donahue.com |
| 4 | DONAHUE GALLAGHER WOODS LLP |
|   | 1999 Harrison Street, 25th Floor |
| 5 | Oakland, California  94612-3520 |
|   | Telephone:   (510) 451-0544 |
| 6 | Facsimile:    (510) 832-1486 |

Attorneys for Plaintiff
AUTODESK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation, | CASE NO.  C10-01918-CW |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANTEC CONSULTING ENGINEERS, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| ADVANTEC CONSULTING ENGINEERS, INC., a California corporation, | [CIVIL L.R. 6-1(a)] |
| Defendant. | NO HEARING REQUIRED |

1  Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and
2  defendant ADVANTEC Consulting Engineers, Inc., by and through counsel, hereby stipulate that
3  defendant ADVANTEC Consulting Engineers, Inc., shall have up to and including Tuesday, June
4  15, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the
5  extension is to provide the parties with an opportunity to discuss settlement without incurring
6  unnecessary legal fees and expenses. Such an extension will not have any impact on the Case
7  Management Conference or any other scheduled dates set by the Court.

8  IT IS SO STIPULATED.

9  Dated: June 3, 2010                    DONAHUE GALLAGHER WOODS LLP

11                                         By: _____
12                                             Julie E. Hofer
                                               Attorneys for Plaintiff
13                                             AUTODESK, INC.

14  Dated: May 26, 2010                   GENERAL COUNSEL, P.C.

16                                         By: _____
                                               John Safyurtlu
17                                             Attorneys for Defendant
                                               ADVANTEC CONSULTING ENGINEERS, INC.

19                                 **ORDER**

20       PURSUANT TO STIPULATION, IT IS SO ORDERED.
21  Dated: ____6/9/2010____               _____
                                          Hon. Claudia Wilken
22                                        United States District Court Judge

-1-

STIPULATION FOR EXTENSION OF TIME                           CASE NO. C10-01918-CW