1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California 94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12

13 AUTODESK, INC., a Delaware         CASE NO. C10-01918-CW
   corporation,
14                                    **STIPULATION TO EXTEND TIME FOR
                  Plaintiff,          DEFENDANT ADVANTEC CONSULTING
15                                    ENGINEERS, INC. TO ANSWER OR
         v.                           OTHERWISE RESPOND TO
16                                    COMPLAINT; [PROPOSED] ORDER**
   ADVANTEC CONSULTING
17 ENGINEERS, INC., a California      [CIVIL L.R. 6-1(a)]
   corporation,
18                                    NO HEARING REQUIRED
                  Defendant.
19

1  Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and defendant ADVANTEC Consulting Engineers, Inc., by and through counsel, hereby stipulate that defendant ADVANTEC Consulting Engineers, Inc., shall have up to and including Friday, July 16, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with an opportunity to discuss settlement without incurring unnecessary legal fees and expenses. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

IT IS SO STIPULATED.

Dated: June 24, 2010

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

Dated: June 23, 2010

GENERAL COUNSEL, P.C.

By: _____
John Safyurtlu
Attorneys for Defendant
ADVANTEC CONSULTING ENGINEERS, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **June 25, 2010**  _____
Hon. Claudia Wilken
United States District Court Judge