1   ERIC DONEY, #76260
eric@donahue.com
2   JULIE E. HOFER, #152185
julie@donahue.com
3   ANDREW S. MACKAY, #197074
andrew@donahue.com
4   DONAHUE GALLAGHER WOODS LLP
1999 Harrison Street, 25th Floor
5   Oakland, California  94612-3520
Telephone:    (510) 451-0544
6   Facsimile:     (510) 832-1486

7   Attorneys for Plaintiff
AUTODESK, INC.

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12

| | |
|---|---|
| 13  AUTODESK, INC., a Delaware corporation, | CASE NO.  C10-01918-CW |
| 14 | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;** |
| 15             Plaintiff, | **ORDER** |
| 16        v. | Current CMC Date:   August 10, 2010 |
| 17  ADVANTEC CONSULTING | Requested Date:      September 28, 2010 |
| ENGINEERS, INC., a California | Time:                2:00 p.m. |
| corporation, | Dept.:                Courtroom 2, 4th Floor |
| 18 | Judge:               Hon. Claudia Wilken |
| 19             Defendant. | |

20

21

22

23

24

25

26

27

28

1

**STIPULATION**

2          Pursuant to Civil L.R. 6-2(b) and Civil L.R. 16-2(e), plaintiff Autodesk, Inc. and

3    defendant ADVANTEC Consulting Engineers, Inc., ("ADVANTEC") by and through their

4    respective counsel, hereby stipulate, agree, and request that the Case Management Conference

5    currently scheduled for August 10, 2010 be postponed until September 28, 2010 at 2:00 p.m., and

6    that all related dates be adjusted accordingly.

7          The parties have tentatively agreed upon the terms of settlement and are in the process of

8    finalizing the written agreement to memorialize those terms.  Accordingly, before September 28,

9    2010, the parties anticipate being able to file with the Court a dismissal of this action.

10          The parties further stipulate that ADVANTEC shall have up to and including Tuesday,

11   August 24, 2010, to answer or otherwise respond to the Complaint on file herein.

12          This Stipulation is supported by the concurrently submitted Declaration of Julie E. Hofer.

13          IT IS SO STIPULATED.

14   Dated: July _____, 2010               DONAHUE GALLAGHER WOODS LLP

15

16                                         By:_____
17                                              Julie E. Hofer
                                                Attorneys for Plaintiff
18                                              AUTODESK, INC.

19   Dated: July _____, 2010               GENERAL COUNSEL, P.C.

20

21                                         By:_____
                                                John Safyurtlu
22                                              Attorneys for Defendant
                                                ADVANTEC CONSULTING ENGINEERS, INC.

23

24                                         **ORDER**

25          PURSUANT TO STIPULATION, IT IS SO ORDERED.

26   Dated:  7/21/2010                     _____
                                           Hon. Claudia Wilken
27                                         United States District Court Judge

28

-1-