William J. Brucker (SBN 152,551)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Defendant
ADVANTEC CONSULTING
ENGINEERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>    Plaintiff<br><br>vs.<br><br>ADVANTEC CONSULTING ENGINEERS, INC., a California corporation<br><br>    Defendant | Case No. C10-01918 CW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANTEC CONSULTING ENGINEERS, INC. TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT; [PROPOSED] ORDER**<br><br>[CIVIL L.R. 6-1(a)]<br><br>NO HEARING REQUIRED |

Pursuant to Civil L.R. 6-1(a), plaintiff Autodesk, Inc., by and through counsel, and defendant Advantec Consulting Engineers, Inc., by and through counsel, hereby stipulate that defendant Advantec Consulting Engineers, Inc., shall have up to and including Tuesday, September 7, 2010, to answer or otherwise respond to the Complaint on file herein. The purpose of the extension is to provide the parties with

additional time to finalize the settlement agreement, drafts of which are in the process of review and execution. Such an extension will not have any impact on the Case Management Conference or any other scheduled dates set by the Court.

Dated: August 24, 2010           STETINA BRUNDA GARRED & BRUCKER


By: /s/William J. Brucker
    William J. Brucker
    Attorneys for Defendant
    ADVANTEC CONSULTING ENGINEERS, INC.

Dated: August 24, 2010           DONAHUE GALLAGHER WOODS LLP


By: SEE ATTACHED
    Julie E. Hofer
    Attorneys for Plaintiff
    AUTODESK, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____   _____
                                 Hon. Claudia Wilken
                                 United States District Court Judge


T:\Client Documents\ATECC\001L\Stip.Extension.Answer.082410.doc

1  additional time to finalize the settlement agreement, drafts of which are in the process
2  of review and execution. Such an extension will not have any impact on the Case
3  Management Conference or any other scheduled dates set by the Court.

Dated: August 24, 2010         STETINA BRUNDA GARRED & BRUCKER


By: _____
William J. Brucker
Attorneys for Defendant
ADVANTEC CONSULTING ENGINEERS, INC.

Dated: August 24, 2010         DONAHUE GALLAGHER WOODS LLP


By: _____
Julie E. Hofer
Attorneys for Plaintiff
AUTODESK, INC.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/26/2010                _____
Hon. Claudia Wilken
United States District Court Judge


C:\DOCUME~1\Julie\LOCALS~1\Temp\XPgrpwise\Stip.Extension.Answer.082410.doc

Case No. C10-01918 CW                     2
STIPULATION TO EXTEND TIME FOR DEFENDANT ADVANTEC CONSULTING ENGINEERS, INC. TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT; [PROPOSED] ORDER