1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ANDREW S. MACKAY, #197074
   andrew@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California  94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13  AUTODESK, INC., a Delaware          CASE NO.  C10-01918-CW
    corporation,
14                                      **STIPULATION; ORDER OF DISMISSAL;**
                  Plaintiff,            **RETENTION OF JURISDICTION**
15
          v.
16
    ADVANTEC CONSULTING
17  ENGINEERS, INC., a California
    corporation,
18
                  Defendant.
19

20

21

22

23

24

25

26

27

28

1    Plaintiff, Autodesk, Inc. ("Autodesk"), by and through its counsel, Julie E. Hofer of

2  Donahue Gallagher Woods LLP, and defendant, ADVANTEC Consulting Engineers, Inc., by and

3  through the undersigned officer and counsel, hereby stipulate to the following:

4    1.    Defendant and its officers, directors, principals, agents, employees, successors, and

5  assigns, and all other persons acting in concert with or in conspiracy with or affiliated with

6  Defendant are enjoined and restrained from:

7    (a)    Copying, reproducing, distributing or using any unauthorized copies of Autodesk's

8  copyrighted software products;

9    (b)    Otherwise infringing any of Autodesk's copyrights; and

10    (c)    Circumventing any technological measure that effectively controls access to any of

11  Autodesk's software products.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22    2.    Pursuant to a settlement agreement entered into between the parties to this action,

23  without either party admitting to liability or wrongdoing, the remaining claims for relief in this

24  action have been settled with certain additional obligations to be performed by the parties.

25  Further, the parties agree that this Court is to retain complete jurisdiction over the settlement of

26  the action.  The remaining action is hereby dismissed with prejudice provided, however, that this

27  Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to

28  enforce performance of the terms of the parties' settlement agreement, and the parties to this

-1-

action consent to the jurisdiction of the Court for said purposes. Neither party in the action is deemed the prevailing party, and as such, the Parties shall bear their own attorney's fees and costs in relation to this action and stipulation without effecting the terms of the parties' settlement agreement.

IT IS SO STIPULATED.

Dated: _____          DONAHUE GALLAGHER WOODS LLP


                                By:_____
                                   Julie E. Hofer
                                   Attorneys for Plaintiff
                                   AUTODESK, INC.

Dated: __08.30.2010__           ADVANTEC CONSULTING ENGINEERS, INC.


                                By:_____
                                Name:___Leo Lee_____
                                Title:___CEO_____

Dated: _____          STETINA BRUNDA GARRED & BRUCKER


                                By:_____
                                   William J. Brucker
                                   Attorneys for Defendant
                                   ADVANTEC CONSULTING ENGINEERS, INC.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____          _____
                                   Hon. Claudia Wilken
                                   United States District Court Judge

-2-

1    action consent to the jurisdiction of the Court for said purposes.  Neither party in the action is

2    deemed the prevailing party, and as such, the Parties shall bear their own attorney's fees and costs

3    in relation to this action and stipulation without effecting the terms of the parties' settlement

4    agreement.

5

6    IT IS SO STIPULATED.

7
     Dated: _9/21/10_____               DONAHUE GALLAGHER WOODS LLP
8

9
                                            By: _Julie E Hofer_____
10                                             Julie E. Hofer
                                               Attorneys for Plaintiff
11                                             AUTODESK, INC.

12   Dated: _____               ADVANTEC CONSULTING ENGINEERS, INC.

13

14                                          By:_____
                                            Name:_____
15                                          Title:_____

16   Dated: _9/1/10_____                STETINA BRUNDA GARRED & BRUCKER

17

18                                          By:_____
                                            William J. Brucker
19                                          Attorneys for Defendant
                                            ADVANTEC CONSULTING ENGINEERS, INC.
20

21

22                                  **ORDER**

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24
     Dated: ___9/22/2010_____          _Claudia Wilken_____
25                                          Hon. Claudia Wilken
                                            United States District Court Judge
26

27

28

-2-